**William S. PARKER, Plaintiff–Appellant,**

v.

**Ripley RAND, Superior Court Judge; Tom Ford, Assistant District Attorney; Connie R. Eason, Extradition Secretary, Defendants–Appellees.**

No. 12–7862.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 1, 2013.

William S. Parker, Appellant pro se.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William S. Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Parker v. Rand*, No. 5:11–ct–03201–F (E.D.N.C. Oct. 18, 2012). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*